**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| **MARIO ROEBUCK,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Case No. 1:22-cv-0037** |
| **v.** | ) | |
| | ) | |
| **WYNNIE TESTAMARK,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER**[1]

**THIS MATTER** comes before the Court on Petitioner Mario Roebuck's Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254(d)(1), filed on April 18, 2022. (Dkt. No. 18.) On March 26, 2026, the Court referred this matter to the Magistrate Judge for a report and recommendation. (Dkt. No. 20.) Magistrate Judge Emile Henderson III issued a thorough Report and Recommendation ("R&R") on June 24, 2026, recommending, *inter alia,* that the petition be denied without prejudice. (Dkt. No. 21.) Petitioner did not file any objections. The Court has conducted a de novo review of the Magistrate Judge's R&R, as well as the record of this case, and has made an independent determination finding no error.[2]

Accordingly, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation, Dkt. No. 21, is **APPROVED** and **ADOPTED** as an Order of this Court as if fully set forth herein; it is further

---

[1] Due to the retirement of the judge previously assigned to this case, the undersigned, exercising his authority as Chief Judge of the District Court, reassigned this case to himself on February 17, 2026. (Dkt. No. 19.)

[2] *See Hill v. Barnacle*, 655 Fed. Appx. 142, 148 (3d Cir. 2016) (opining that the district court is not required to make separate findings or conclusions when reviewing a Magistrate Judge's report and recommendation de novo under 28 U.S.C. § 636(b)) (citing *Elmendorf Grafica, Inc. v. D.S. America, Inc.*, 48 F.3d 46, 49-50 (1st Cir. 1995) (opining that "[28 U.S.C. § 636(b)] authorizes the district court to adopt in whole as well as in part the proposed findings and recommendations of the magistrate judge. Where, as here, the magistrate judge decided on an undisputed factual record, the district court was certainly not required to rehash the magistrate judge's reasoning. The role of the magistrate judge is 'to relieve courts of unnecessary work.'") (citations omitted).

**ORDERED** that Petitioner Mario Roebuck's Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254(d)(1), filed on April 18, 2022. (Dkt. No. 18.), is **DENIED without prejduice;** it is further

**ORDERED** that a certificate of appealability is **DENIED;** it is further

**ORDERED** that a copy of this Order shall be served on Mario Roebuck by certified mail return receipt requested and that a copy of the return receipt shall be filed on the docket; it is finally

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

**Dated:** September 8, 2026

*/s/Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**